### FAX FILING CONFIRMATION

**OLA KING**

Versus

**WALMART LOUISIANA LLC, WALMART STORES INC D/B/A WALMART SUPERCENTER STORE NO 489, MURPHY OIL USA INC, LIBERTY MUTUAL INSURANCE COMPANY, HARCO SERVICES LLC AND MID-CONTINENT CASUALTY COMPANY**



2010
1331

**New Suit**

21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

VFB

March 26, 2010

Att: J WAYNE MUMPHREY
Fax Number: 985-649-5706

We have received your fax filing of PETITION FOR DAMAGES on MARCH 26, 2010. Cost of filing said document will be $587.00.

Within 5 days, exclusive of legal holidays, of the above mentioned receipt date you are required to forward the following:
  a. Original signed document
  b. Applicable filing fee
  c. Transmission fee of $5.00 (included in above filing fee)

If you fail to comply with the requirements above the fax filing shall have no force or effect (R.S. 13:850)

A suit number and division will not be assigned until the requirements above are met.

☒ Please remit additional check(s) made payable to and in the amount requested below:

*EAST BATON ROUGE PARISH SHERIFF       $154.32

*SECRETARY OF STATE       $50.00

*

*

*

SCANNED

SCANNED

Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

File#:

**EXHIBIT A**

03/26/2010 13:10 FAX  985 748 6746      TPCOC CIVIL DIVISION                @001/001

## FAX FILING CONFIRMATION

**OLA KING**

Versus

WALMART LOUISIANA LLC, WALMART STORES INC D/B/A WALMART SUPERCENTER STORE NO 489, MURPHY OIL USA INC, LIBERTY MUTUAL INSURANCE COMPANY, HARCO SERVICES LLC AND MID-CONTINENT CASUALTY COMPANY



New Suit

21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

VFB

March 26, 2010

**Att: J WAYNE MUMPHREY**
**Fax Number: 985-649-5706**

We have received your fax filing of PETITION FOR DAMAGES on MARCH 26, 2010. Cost of filing said document will be $587.00.

Within 5 days, exclusive of legal holidays, of the above mentioned receipt date you are required to forward the following:
 a. Original signed document
 b. Applicable filing fee
 c. Transmission fee of $5.00 (included in above filing fee)

If you fail to comply with the requirements above the fax filing shall have no force or effect (R.S. 13:850)

A suit number and division will not be assigned until the requirements above are met.

☒ Please remit additional check(s) made payable to and in the amount requested below:

*EAST BATON ROUGE PARISH SHERIFF      $154.32

*SECRETARY OF STATE       $50.00

*

*

*

_____
Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

File#:

FAX FILED
March 26, 2010

## 21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

### STATE OF LOUISIANA

NO.: 2010-0001331                                    DIVISION G

### OLA KING

versus

### WAL-MART LOUISIANA, LLC, WAL-MART STORES, INC. D/B/A WAL-MART SUPERCENTER STORE NO. 489, MURPHY OIL USA, INC., LIBERTY MUTUAL INSURANCE COMPANY, HARCO SERVICES, LLC and MID-CONTINENT CASUALTY COMPANY

Filed: March 31, 2010                            _____
                                                        Deputy Clerk

### PETITION FOR DAMAGES

Petitioner, OLA KING, a person of the age of majority who is domiciled in the Parish of Tangipahoa, appearing herein through her undersigned counsel, respectfully avers:

1.  Made defendants herein are:

    A)  WAL-MART LOUISIANA, LLC, a foreign corporation authorized to do and doing business in the State of Louisiana, which at all times mentioned herein, owned and operated a store located at 2799 West Thomas Street in Hammond, Louisiana (hereinafter identified as "Wal-Mart Louisiana, LLC");

    B)  WAL-MART STORES, INC. d/b/a WAL-MART SUPERCENTER STORE NO. 489, a foreign corporation authorized to do and doing business in the State of Louisiana; which at all times mentioned herein, owned and operated a store located at 2799 West Thomas Street in Hammond, Louisiana (hereinafter identified as "Wal-Mart Stores, Inc.");

    C)  MURPHY OIL USA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana; which at all times mentioned herein, owned and operated a gas station on the premises of the Wal-Mart Store No. 489 located at 2799 West Thomas Street in Hammond, Louisiana (hereinafter identified as "Murphy Oil.");

SCANNED

1

File #:

D) LIBERTY MUTUAL INSURANCE COMPANY, a foreign insurance corporation authorized to do and doing business in the State of Louisiana, which at all times mentioned herein, was the insurer of Murphy Oil USA, Inc.;

E) HARCO SERVICES, L.L.C., a foreign corporation authorized to do and doing business in the State of Louisiana; which at all times mentioned herein, was a construction company contracted by Murphy Oil to perform repairs and/or renovations at its gas station on the premises of the Wal-Mart Store No. 489 located at 2799 West Thomas Street in Hammond, Louisiana (hereinafter identified as "Harco."); and

F) MID-CONTINENT CASUALTY COMPANY, a foreign insurance corporation authorized to do and doing business in the State of Louisiana, which at all times mentioned herein, was the insurer of Harco Services, L.L.C.

2. The defendants, Wal-Mart Louisiana, LLC, Wal-Mart Stores, Inc., Murphy Oil USA, Inc., Liberty Mutual Insurance Company, Harco Services, L.L.C., and Mid-Continent Casualty Company, are justly and truly indebted unto the petitioner, Ola King, together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings, for the following negligent acts and/or omissions, and/or strict liability.

3. On March 26, 2009, plaintiff, Ola King, was a patron of Murphy Oil gas station located on the premises of the Wal-Mart Store No. 489 located at 2799 West Thomas Street in the Parish of Tangipahoa.

4. Petitioner exited her vehicle and, as petitioner carefully and prudently approached the ATM located at the gas station, suddenly, unexpectedly and without warning, she tripped on an uncommonly dangerous material, which was later discovered to be some type of steel metal plates, placed on top of holes in the ground.

2

5. Petitioner tripped and fell, striking her side and head and sustained serious injuries.

6. Petitioner's incident was witnessed by other patrons and management of said Murphy Oil gas station and was transported from the accident site to the hospital

7. Several hours after petitioner's fall, gravel, tar and safety cones were placed around the metal sheets on the premises of Murphy Oil gas station identified herein as a warning to patrons.

8. Upon information and belief, Wal-Mart Louisiana, LLC and Wal-Mart Stores, Inc. were the owner/lessor of the property identified herein which the Murphy Oil gas station was located.

9. Upon information and belief, Murphy Oil USA, Inc. was the owner/lessee of the property identified herein which the Murphy Oil gas station was located.

10. Upon information and belief, Harco Services, LLC was a construction company contracted by Murphy Oil, which was performing repair and/or renovations and placed the metal sheets on the ground, walk way and/or path of the Murphy Oil gas station, and, are therefore liable unto petitioner for their negligence under La Civ Code Art 2315 and La Civ Code Art. 2316.

11. The aforementioned defendants, Wal-Mart Louisiana, LLC, Wal-Mart Stores, Inc. and Murphy Oil USA, Inc. are liable unto petitioner for their own negligence under La Civ Code Art. 2315 and strictly liable for things under its care, custody and control, to wit; the grounds, walk ways and/or paths of the gas station, La Civ Code Art. 2317.

12. Alternatively, defendants have breached their duty of care to petitioner, Ola King, which breaches include, but are not limited to the following:

   a. Failing to take all precautions to avoid this incident;
   b. Placing or allowing to be placed and failing to remove a dangerous material from the walkways of the premises;
   c. Failing to warn its customers of the dangerous condition;

3

  d. Failing to re-route traffic away from the hazard of the dangerous conditions despite knowledge of the presence of the dangerous material on the premises;

  e. Failing to designate to specific employees or to supervise the employees to whom it designated the duty of periodically inspecting the area in which the above described hazard was known to exist, with sufficient frequency to detect unsafe items on the premises that might prevent a hazard to customers using that area of the store;

  e. Failing to secure the dangerous material to the premises; and

  f. Any and all other acts of negligence and omissions that shall be discovered and shown at the time of this trial.

13. Defendant Liberty Mutual Insurance Company, at all times relevant hereto, carried a policy of liability insurance covering all risks associated with the ownership, management and/or commercial operation of the Murphy Oil USA, Inc. gas station located on the premises of the Wal-Mart Store No. 489 located at 2799 West Thomas Street in Tangipahoa Parish, which policy was issued to Murphy Oil USA, Inc., which covered the defendant and the said defendant insurer is liable *in solido* with all entities it insured in connection with this accident.

14. Defendant Mid-Continent Casualty Company, at all times relevant hereto, carried a policy of liability insurance covering all risks associated with the ownership, management and/or commercial operation of Harco Services, LLC which was contracted to perform duties at the Murphy Oil gas station located on the premises of the Wal-Mart Store No. 489 located at 2799 West Thomas Street in Tangipahoa Parish, which policy was issued to Harco Services, LLC., which covered the defendant and the said defendant insurer is liable *in solido* with all entities it insured in connection with this accident.

15. As a result of the above described injuries, plaintiff Ola King sustained personal injuries, incurred medical expenses, loss of wages and future

4

File#:

earnings, suffered pain and mental anguish, and because of her residuals from those injuries will be forced to continue suffering such losses and damages into the indefinite future, for which injuries, damages and losses the defendants are liable in an amount reasonable in the premises.

WHEREFORE, plaintiff prays that citation duly issue out of this Court for the defendants, requiring them to appear herein and award this suit within the legal delays; that the citations and a certified copy of this petition be duly served upon them in accordance with law; and that after due proceedings had herein, there be judgment rendered in favor of the plaintiff, Ola King, and against the defendants, Wal-Mart Louisiana, LLC, Wal-Mart Stores, Inc. d/b/a Wal-Mart Supercenter Store No. 489, Murphy Oil USA, Inc., Liberty Mutual Insurance Company, Harco Services, LLC and Mid-Continent Casualty Company, in an amount reasonable in the premises, together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings. Plaintiff prays that she be granted all further general and equitable relief to which this Court deems her to be entitled.

Respectfully submitted,

MUMPHREY LAW FIRM, L.L.C.

*[signature]*

J. WAYNE MUMPHREY (LSBA # 9824)
WAYNE B. MUMPHREY (LSBA#26437)
CLAYTON M. CONNORS (LSBA #26240)
*Attorneys for Plaintiff*
330 Oak Harbor Blvd. – Suite D
Slidell, LA 70458
Telephone: 985-649-0709
Fax: 985-649-5706

AND

**LAW OFFICES OF MARK L. JAMES, II**

MARK L. JAMES, II (#28622)
915 Washington Street
Franklinton, LA 70438
Tel. 985-839-3825

**SERVICE INSTRUCTIONS ON FOLLOWING PAGE**

**PLEASE SERVE:**

**WAL-MART LOUISIANA, LLC**
Through its Registered Agent of Process:
CT Corporation System
5615 Corporate Blvd. – Suite 400B
Baton Rouge, LA 70808

**WAL-MART STORES, INC.**
Through its Registered Agent of Process:
CT Corporation System
5615 Corporate Blvd. – Suite 400B
Baton Rouge, LA 70808

**MURPHY OIL USA, INC.**
Through its Registered Agent of Process:
CT Corporation System
5615 Corporate Blvd. – Suite 400B
Baton Rouge, LA 70808

**LIBERTY MUTUAL INSURANCE COMPANY**
Through Louisiana Secretary of State
8585 Archive Ave.
Baton Rouge, LA 70809

**HARCO SERVICES, LLC**
Through its Registered Agent of Process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

**MID-CONTINENT CASUALTY COMPANY**
Through Louisiana Secretary of State
8585 Archive Ave.
Baton Rouge, LA 70809

## 21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

## STATE OF LOUISIANA

NO.: 2010-000131  DIVISION G

### OLA KING

versus

### WAL-MART LOUISIANA, LLC, WAL-MART STORES, INC. D/B/A WAL-MART SUPERCENTER STORE NO. 489, MURPHY OIL USA, INC., LIBERTY MUTUAL INSURANCE COMPANY, HARCO SERVICES, LLC and MID-CONTINENT CASUALTY COMPANY

Filed: March 31, 2010

_____
Deputy Clerk

### REQUEST FOR WRITTEN NOTICE

TO: CLERK OF COURT
PARISH OF TANGIPAHOA

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing of any pleadings or motions, at least ten (10) days before any trial or hearing date.

We also request notice of any signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

MUMPHREY LAW FIRM, L.L.C.

_____
J. WAYNE MUMPHREY (LSBA # 9824)
WAYNE B. MUMPHREY (LSBA #26437)
CLAYTON M. CONNORS (LSBA #26240)
*Attorneys for Plaintiff*
330 Oak Harbor Blvd. – Suite D
Slidell, LA 70458
Telephone: 985-649-0709
Fax: 985-649-5706

AND

LAW OFFICES OF MARK L. JAMES, II

MARK L. JAMES, II (#28622)
915 Washington Street
Franklinton, LA 70438
Tel. 985-839-3825

J. WAYNE MUMPHREY
WAYNE B. MUMPHREY
ALFONSE S. MONTEFERRANTE
CLAYTON M. CONNORS
CLAUDE S. MUMPHREY, II
SARAH B. MUMPHREY
OF COUNSEL
MAURICE V. PIZA



MUMPHREY
LAW FIRM
L L C

330 OAK HARBOR BOULEVARD
SUITE D
SLIDELL, LOUISIANA 70458
985.649.0709
FAX 985.649.5706

ONE CANAL PLACE
365 CANAL STREET, SUITE 2280
NEW ORLEANS, LOUISIANA
70130
504.569.0661
FAX 504.569.0665

2006 PAKENHAM DRIVE
CHALMETTE, LOUISIANA 70043
504.277.8989

7007 0710 0005 3464 4246        March 29, 2010

Clerk of Court, Civil Filing
21st Judicial District Court
Tangipahoa Parish
P.O. Box 667
Amite, LA 70422

*New*

RE:  Ola King v. Wal-Mart Louisiana, LLC, et als
     21ST JDC, CASE NO. _____, Div "___"

Dear Clerk:

Enclosed please find the original and seven (7) copies of the Petition for Damages and the original Request for Notice and (1) copy which was filed via facsimile on March 26, 2010. We have also enclosed our firm's check made payable to the Clerk of Court in the amount of $587.00, as well as a check in the amount of $50.00 made payable to the Secretary of State and a check in the amount of $154.32 made payable to East Baton Rouge Parish Sheriff.

Please return a conformed copy of the Petition and the Request for Notice in the self addressed, postage paid envelope enclosed for your convenience.

We thank you for your professional courtesies and remain,

Yours truly,

WAYNE B. MUMPHREY

/rcl
Enclosures

2010 MAR 31 AM 9:40
JULIAN E. DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA

SCANNED

MAIL TO 330 OAK HARBOR BOULEVARD, SUITE D, SLIDELL, LOUISIANA 70458
www.mumphreylaw.com

File#:

# CITATION

OLA KING

Versus

WAL-MART LOUISIANA LLC, ET AL

Case: 2010-0001331
Division: G
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

RAB

To: MID-CONTINENT CASUALTY COMPANY
THROUGH LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE, LA 70809

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney J WAYNE MUMPHREY and was issued by the Clerk of Court on March 31, 2010.

<u>Pleading Served</u>

PETITION FOR DAMAGES

_____
Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in whose hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____

Service       $_____
Mileage       $_____          By: _____ Deputy Sheriff
Total         $_____

APR 08 2010

RECEIVED
APR 07 2010
EBR SHERIFF'S OFFICE

If made service on the named party through the Office of the Secretary of State by tendering a copy of this document to JULIE NESBITT

John Labatut
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

SCANNED

[ ORIGINAL ]

File #:

## CITATION

OLA KING

Versus

WAL-MART LOUISIANA LLC, ET AL

Case: 2010-0001331
Division: G
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

RAB

To: HARCO SERVICES LLC
THROUGH ITS REGISTERED AGENT OF PROCESS
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney J WAYNE MUMPHREY and was issued by the Clerk of Court on March 31, 2010.

<u>Pleading Served</u>

PETITION FOR DAMAGES

Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

### Service Information

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:                                APR 08 2010
Parish of _____ this _____ day of _____, 20___.
                                         I made service on the named party through the

Service    $_____
                                    By: _____Corporation Services_____
Mileage    $_____
                                    by tendering Deputy Sheriff of this document to
Total      $_____                   JEANNE SCHUTTE
                                       RECEIVED
                                       APR 07 2010
                                       EBR SHERIFF'S OFFICE, Baton Rouge, Louisiana
                                       SCANNED

[ ORIGINAL ]

## Sid J. Gautreaux
### Sheriff East Baton Rouge Parish

Clerk of Court Tangipahoa Parish
P.O. Box 667

Amite, LA 70422

**DISTRICT COURT**
For the Parish of East Baton Rouge
4/7/2010

Case: (53) 20100001331   OLA KING vs WAL-MART LA LLC ET AL
977,784

| Nbr | Date | Service Type | Charges |
|---|---|---|---|
| 6 | 04/07/2010 | Citation<br>HARCO SERVICES LLC; 1 Corp Services; BATON ROUGE, LA 70802 | $12.48 |
| 6 | 04/07/2010 | Mileage Charge | $3.12 |
| | | Case Total: | $15.60 |
| | | Total: | $15.60 |

SCANNED

Please make check payable to:
Sid J. Gautreaux, Sheriff
P.O. Box 3277
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK

File#:

# CITATION

OLA KING

Versus

WAL-MART LOUISIANA LLC, ET AL

Case: 2010-0001331
Division: G
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

To: LIBERTY MUTUAL INSURANCE COMPANY
THROUGH LOUISIANA SECRETARY OF STATE
8585 ARCHIVE AVE
BATON ROUGE, LA 70809

RAB

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney J WAYNE MUMPHREY and was issued by the Clerk of Court on March 31, 2010.

<u>Pleading Served</u>

PETITION FOR DAMAGES

*[signature]*

Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____

Service       $ _____
Mileage      $ _____            By: _____ SCANNED APR 08 2010 _____
Total         $ _____                    Deputy Sheriff

RECEIVED
APR 07 2010
EBR SHERIFF'S OFFICE

I made service on the named party through the Office of the Secretary of State by tendering a copy of this document to JULIE NESBITT
*[signature] John Labatut*
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

[ ORIGINAL ]

File #:

# CITATION

OLA KING

Versus

WAL-MART LOUISIANA LLC, ET AL

Case: 2010-0001331
Division: G
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

To: MURPHY OIL USA INC
THROUGH ITS REGISTERED AGENT OF PROCESS
CT CORPORATION SYSTEM
5615 CORPORATE BLVD, SUIT 400B
BATON ROUGE, LA 70808

RAB

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

APR 08 2010

This service was ordered by attorney J WAYNE MUMPHREY and was issued by the Clerk of Court on March 31, 2010.

I made service on the named party
CT Corporation
by tendering a copy of this document to

<u>Pleading Served</u>

PETITION FOR DAMAGES
☐ LISA UTTECH  ☐ LYNETTE BASS  ☐ JULIE CHISM
☑ RODERICK THOMAS

W. F. Britt
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Rebecca Box
Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____

Service    $ _____
Mileage    $ _____     By: _____
Total      $ _____         Deputy Sheriff

RECEIVED APR 07 2010 EBR SHERIFF'S OFFICE

SCANNED

2010 APR 12 AM 8:33
JULIAN E. DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA

[ ORIGINAL ]

File#:

# CITATION

**OLA KING**

Versus

**WAL-MART LOUISIANA LLC, ET AL**

Case: 2010-0001331
Division: G
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

To: WAL-MART STORES INC
THROUGH ITS REGISTERED AGENT OF PROCESS
CT CORPORATION SYSTEM
5615 CORPORATE BLVD, SUIT 400B
BATON ROUGE, LA 70808

RAB

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney BRITTAINE MUMPHREY and was issued by the Clerk of Court on March 31, 2010.

Pleading Served

PETITION FOR DAMAGES

I made service on the named party through the CT Corporation by tendering a copy of this document to
☐ LISA UTTECH  ☐ LYNETTE BASS  ☐ JULIE CHISM  ☑ RODERICK THOMAS

_W. F. Britt_
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

_Rebecca Box_
Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____

Service       $ _____
Mileage       $ _____      By: _____
Total         $ _____           Deputy Sheriff

JULIAN E. DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA
2010 APR 12 AM 8:03

RECEIVED APR 07 2010 EBR SHERIFF'S OFFICE

SCANNED

[ ORIGINAL ]

File#:

# CITATION

**OLA KING**

Versus

**WAL-MART LOUISIANA LLC, ET AL**

Case: 2010-0001331
Division: G
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

To: WAL-MART LOUISIANA LLC
THROUGH ITS REGISTERED AGENT OF PROCESS
CT CORPORATION SYSTEM
5615 CORPORATE BLVD, SUIT 400B
BATON ROUGE, LA 70808

RAB

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney J WAYNE MUMPHREY and was issued by the Clerk of Court on March 31, 2010.

**Pleading Served**

PETITION FOR DAMAGES

_Rebecca Box_
Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ APR 08 2010 _____ this _____ day of _____
Service $ _____
Mileage ___ Made service on the named party through the
__ CT Corporation  By: _____ Deputy Sheriff
Total $ _____ by tendering a copy of this document to
☐ LISA UTTECH ☐ LYNETTE BASS ☐ JULIE CHISM APR 07 2010
☑ RODERICK THOMAS   EBR SHERIFF'S OFFICE

_W. F. Britt_
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

**RECEIVED** APR 07 2010

**SCANNED**

[ ORIGINAL ]



**McCranie Sistrunk Anzelmo Hardy McDaniel & Welch** LLC

3445 N. Causeway Blvd.   Suite 800   Metairie, LA 70002
(504) 831-0946   (504) 831-2492 Fax   www.mcsalaw.com

Sidney J. Hardy
Direct Dial: (504) 846-8407
E-Mail: shardy@mcsalaw.com

April 14, 2010

Julian E. DuFreche, Clerk of Court
21st Judicial District Court
Parish of Tangipahoa
Post Office Box 667
Amite, Louisiana 70422

    Re:  Ola King v. Wal-Mart Louisiana, LLC, et al
           Suit No. 2010-0001331, Division "G"
           21st JDC, Parish of Tangipahoa
           Our Ref: 8747-85-0

Dear Clerk:

    Enclosed please find original and one (1) copy of a Motion for Extension of Time, with regard to the above referenced suit. Please file the original and return a date-stamped copy to me in the enclosed envelope. Also enclosed is our check in the amount of $50.00 to cover the cost of filing.

    Thank you for your cooperation in this matter and should you have any questions, please do not hesitate to contact me directly.

Very truly yours,

Sidney J. Hardy

SJH/sw
Enclosures

**SCANNED**

ON COTT
Walmart La LLC

2010 APR 21 AM 9:55
JULIAN E. DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA

file#:

21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2010-0001331                                          DIVISION "g"

OLA KING

VERSUS

WAL-MART LOUISIANA, LLC, WAL-MART STORES, INC.
D/B/A WAL-MART SUPERCENTER STORE NO. 489,
MURPHY OIL USA, INC., LIBERTY MUTUAL INSURANCE COMPANY,
HARCO SERVICES, LLC, and MID-CONTINENT CASUALTY COMPANY

FILED: _April 21, 2010_     _Barbara Gerbey_
                            DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

Defendants, WAL-MART LOUISIANA, LLC and WAL-MART STORES, INC. D/B/A WAL-MART SUPERCENTER STORE NO. 489, move this Court for an extension of time of thirty (30) days within which to plead or until May 24, 2010, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

_____
SIDNEY J. HARDY (#1938)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492
ATTORNEY FOR DEFENDANTS

2010 APR 21 AM 9:55
JULIAN E. DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA

## ORDER

Considering the foregoing Motion:

IT IS ORDERED that defendants, WAL-MART LOUISIANA, LLC and WAL-MART STORES, INC. D/B/A WAL-MART SUPERCENTER STORE NO. 489, be and it is hereby granted an additional thirty (30) days, ~~or until~~ _____, in which to file responsive pleadings.

_Amite_, Louisiana, this _21_ day of _April_, 2010.

_____
JUDGE

**SCANNED**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 16 day of April, 2010.

_____
SIDNEY J. HARDY